UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| Arbco Capital Management, LLP, | Case No. 07- 13283 (ALG) |
| Debtor. | Hon. Shelley C. Chapman |

------------------------------------------------------------------x

Richard O'Connell, as chapter 7 Trustee of the
estate of Arbco Capital Management, LLP,

                                   Plaintiff,

    - against-                                    Adv. Pro. No. 09-01519

Penson Financial Services, Inc.,

                                   Defendant.
------------------------------------------------------------------x

## SUPPLEMENTAL STIPULATION RE: SCHEDULING

      WHEREAS, the Plaintiff has filed a second amended complaint; and

      WHEREAS, the Defendant has moved to dismiss the second amended complaint; and

      WHEREAS, the parties previously stipulated as to a scheduling for submitting briefs and fixing a hearing on the dismissal motion; Now, therefore,

      IT IS HEREBY STIPULATED AND AGREED, by and between Richard O'Connell, as chapter 7 Trustee of the estate of Arbco Capital Management, LLP, Plaintiff herein, and Penson Financial Services, Inc., Defendant herein, by their respective counsel, as follows:

1. The time for the Trustee to file opposition to Defendant's motion to dismiss is hereby extended to Friday, October 26, 2012.

2. The time for the Defendant to file a reply is hereby extended to Friday, November 9, 2012.

3. The Court hearing on Defendant's motion to dismiss the complaint will be held on Thursday, November 15, 2012 at 10:00 a.m.

Dated: New York, New York
October 9, 2012

| | |
|---|---|
| Goldberg Weprin Finkel Goldstein LLP | Mayer Brown LLP |
| 1501 Broadway, 22nd Floor | 1675 Broadway |
| New York, New York 10036 | New York, New York 10019 |
| (212) 221-5700 | (212) 506-2500 |
| | |
| By: /s/ J. Ted Donovan, Esq. | By: /s/ James Ancone, Esq. |

So Ordered this 12th day of October, 2012

/S/ Shelley C. Chapman
Hon. Shelley C. Chapman